UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

TERRE HAUTE DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2016 MAR 29  PM 2: 23

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| CAMERON MAYFIELD,<br>Plaintiff, | )<br>) Cause No. 2:15-cv-00409-WTL-MJD<br>) |
| V.<br>Officer McCoy | )<br>) |
| Superintendent, Stanley Knight | )<br>) |
| Superintendent, Brian smith | ) |

Comes now the plaintiff, Cameron Mayfield, and respectfully moves the Judge of the Court to oversee this matter because the plaintiff is alleging state law claims, all in which this federal court has supplemental jurisdiction over the plaintiff's state law claims pursuant to Title 28 U.S.C. § 1367. In addition, venue is proper pursuant to Title 28 U.S.C. § 1391.

A.    PARTIES

1.    Plaintiff is a citizen of INDIANA, and is located at Putnamville Correctional Facility 1946 West U.S. Hwy 40 Greencastle, IN 46135

2. Defendant Correctional Officer (C.O.) McCoy

Complaint – 1

The defendant is a citizen of INDIANA

The defendant's address in this case will be his place of employment at the time of the incident, which is Putnamville Correctional Facility; 1946 West U.S. Hwy 40 Greencastle, IN 46135

The defendant in this instant case was negligent in his employee duties which were the cause of the plaintiff being harmed.

On March 1, 2015 at approximately 5:40am Officer McCoy was assigned to work in a specific location in the prison (Dorm 11 South). On said day Officer McCoy allowed offender "John Doe" in the dorm, all in which was a clear violation of the facility rules. The offender "John Doe" then proceeded to beat and batter Plaintiff to the point that he had to have treatment outside the scope of services provided at the facility. Thereafter the plaintiff had to be transported to an emergency room for emergency care. The plaintiff had a right to be safe pursuant to the Eighth Amendment which is to be safe, all in which Officer McCoy failed to protect in this instant matter. Due to Officer McCoy's negligence the plaintiff has a permanent disfigurement to his face (a deep laceration on the right side of the plaintiff's face that occurred during the beating). Due to the attack the plaintiff received multiple sutures to his face. The attack which is referred to in this case have subjected the plaintiff to pain and suffering, all in which had Officer McCoy been doing his job properly the plaintiff would not have had to endure said pain and suffering and received personal injury and reparable injury to the plaintiff face .

Complaint – 2

Superintendent, Stanley Knight is a citizen of INDIANA

The defendant's address in this case will be his place of employment at the time of the incident, which is Putnamville Correctional Facility; 1946 West U.S. Hwy 40 Greencastle, IN 46135

The defendant in this instant case is Officer McCoy's employer, all in which he is being held liable under the claim Respondeat Superior. Due to the incident mentioned in Complaint 1 supra the plaintiff is holding the Superintendent liable for Officer McCoy's negligence.

Complaint – 3

Superintendent, Brian Smith is a citizen of INDIANA

The defendant's address in this case will be his place of employment at the time of the incident, which is Putnamville Correctional Facility; 1946 West U.S. Hwy 40 Greencastle, IN 46135

Superintendent Brian Smith is the new Superintendent at Putnamville Correctional

Facility and is only being sued because he has taken on the position of Stanley

Knight.

## EXHIBITS

EXHIBT A.        Plaintiff's Informal Grievance against C.O. Willet.

EXHIBT B.        Plaintiff's Informal Grievance against C.O. McCoy.

EXHIBT C.        Plaintiff's Formal Grievance against C.O. McCoy.

EXHIBT D.        Plaintiff's Grievance Response Report from C.O. McCoy.

EXHIBT E.        Plaintiff's Grievance Appeal against C.O. McCoy.

EXHIBT F.        Plaintiff's Grievance Appeal Response Report.

EXHIBT G.        Plaintiff's        Pro se Illustrated Drawing of Cameron Mayfield's injury

EXHIBT H.        Plaintiff's Request for Interview to Major Crabb.

EXHIBT I.        Document from Putnam County Hospital which supports Plaintiff's injury.

EXHIBT J.        Document from Emergency room Outpatient record.

EXHIBT K.        Copy of the plaintiff's wristband from Putnam County Hospital.

EXHIBT L.        Corizon Inpatient Utilization Reporting.

EXHIBT M.        Sarah J. Elliott, RN Report.

EXHIBT N.        Marrinda L. Scohoen, RN Report.

EXHIBT O.        Marrinda L. Scohoen, RN first Nursing Comments.

EXHIBT P.        Marrinda L. Scohoen, RN second Nursing Comments to the same injury.

EXHIBT Q.        Marrinda L. Scohoen, RN third Nursing Comments to the same injury.

EXHIBT R.        Marrinda L. Scohoen, RN fourth Nursing Comments to the same injury.

EXHIBT S.        Putnamville Correctional Facility Rules booklet, § A, 5-6 and § B, 1 and 4-5.

C.    JURISDICTION

☑   I am suing for a violation of federal law under U.S.C. § 1331.

☐   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is

$_____.

D.    RELIEF WANTED

The plaintiff would like for the judge of the court to send an order to Defendant McCoy to write plaintiff a twelve page essays about the importance of protecting an offender.  In addition, I would like to receive compensation of $375,000 and whatever else the Judge of the court say is proper for the plaintiff's emotional distress and personal injury, reparable injury and other claims that the plaintiff raised in this claim.

E.    JURY DEMAND

☑    Jury Demand – I want a jury to hear my case

OR

☐    Court Trial – I want a judge to hear my case

Dated this_____day of_____20____.

Respectfully Submitted,

*[signature]*

Signature of Plaintiff

178522
Plaintiff's Prisoner ID Number

Putnamville Correctional Facility; 1946 West U.S. Hwy 40 Greencastle, IN 46135

(Mailing Address of Plaintiff)

**REQUEST TO PROCEED IN DISCRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint - 5